Frank W. Volk, Chief Judge
United States Bankruptcy Court
Southern District of West Virginia

**Dated: April 15th, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

In Re:  LARRY EDWARD WOOD and                    Case No. 5:18-bk-50048
        JESSICA ANN WOOD,                         Chapter 7
               Debtors/Plaintiffs,                Adv. Proc. No. 5:18-ap-5006

v.

        U.S. DEPARTMENT OF HOUSING AND
        URBAN DEVELOPMENT (HUD),
               Defendant.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order (Document 19) entered in the above-styled matter, the Court ORDERS that judgment be entered in favor of the Plaintiffs and against the Defendant in the amount of $6,086.00, and that this case be DISMISSED and STRICKEN from the docket.

The Court DIRECTS the Clerk to send a certified copy of this Judgment Order to counsel of record.

**PREPARED BY:**

/s/William R. Wooton_____
William R. Wooton, Esquire
(WVSB No. 4139)
WOOTON & WOOTON
210 Main Street
Beckley, WV  25801
Phone No. (304) 253-2222
Fax No. (304) 255-5041

**APPROVED BY:**

/s/Fred B. Westfall, Jr._____
Fred B. Westfall, Jr., Esquire
(WVSB No. 3992)
Assistant United States Attorney
Attorney for United States
Department of Housing and
Urban Development (HUD)
P.O. Box 1713
Charleston, WV  25326
Phone No. (304) 345-2200
Fax No. (304) 347-5443